AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LAND, CLAY D | GEORGIA-MIDDLE DISTRICT | 05/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 <br> to <br> 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. BOX 2071 <br> COLUMBUS, GA <br> 31902 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

|   | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

|   | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | BUCHANAN & LAND, LLP - SALARY |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CB&T BANK (CHECKING) | | None | J | T | | | | | |
| 2. CB&T (MONEY MARKET) | C | Interest | M | T | | | | | |
| 3. CB&T (CASH EQUIVALENTS) | C | Interest | M | T | | | | | |
| 4. SMITH BARNEY (MONEY MARKET) | E | Dividend | O | T | | | | | |
| 5. SYNOVUS SECURITIES (MONEY MARKET) | B | Dividend | K | T | | | | | |
| 6. MORGAN KEEGAN (CASH) | B | Interest | L | T | | | | | |
| 7. TIME WARNER, INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. CITIGROUP COMMON STOCK | A | Dividend | | | SELL | 9/16 | K | D | |
| 9. CITIGROUP COMMON STOCK | | | | | SELL | 11/14 | J | B | |
| 10. CISCO COMMON STOCK | | None | J | T | | | | | |
| 11. COUSINS PROP COMMON STOCK | B | Dividend | K | T | | | | | |
| 12. DELPHI AUTOMOTIVE COMMON STOCK | A | Dividend | | | DONATED | | | | |
| 13. EDS COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. GILLETTE COMMON STOCK (MERGED WITH PROCTOR & GAMBLE CO | A | Dividend | | | MERGER | | | | |
| 15. PROCTOR & GAMBLE COMMON STOCK (MERGED WITH GILLETTE COMMON) | A | Dividend | J | T | MERGER | | | | |
| 16. INTEL COMMON STOCK | A | Dividend | K | T | | | | | |
| 17. JAPANESE EQUITY FUND | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. COCA-COLA COMMON STOCK | B | Dividend | K | T | | | | | |
| 19. LUCENT COMMON STOCK | | None | J | T | | | | | |
| 20. MUNDER NET FUND | | None | J | T | | | | | |
| 21. MICROSOFT COMMON STOCK | A | Dividend | K | T | | | | | |
| 22. AVAYA, INC COMMON STOCK | | None | J | T | | | | | |
| 23. SUNTRUST BANK COMMON STOCK | B | Dividend | L | T | | | | | |
| 24. SOUTHERN CO COMMON STOCK | D | Dividend | M | T | | | | | |
| 25. AT&T COMMON STOCK | | None | J | T | | | | | |
| 26. UPS COMMON STOCK | | None | J | T | | | | | |
| 27. VISTEON COMMON STOCK | | | | | DONATED | | | | |
| 28. RENTAL PROPERTY, COLUMBUS, GA (2001 $121,000) | C | Rent | M | R | | | | | |
| 29. COMCAST CORP COMMON STOCK | | None | J | T | | | | | |
| 30. NASDAQ 100 SHS | A | Dividend | K | T | BUY | 3/29 | J | | |
| 31. S & P SPYDER COMMON STOCK | C | Dividend | M | T | BUY | 3/29 | J | | |
| 32. S & P SPYDER COMMON STOCK | | | | | BUY | 10/07 | J | | |
| 33. HEWLETT-PACKARD CO COMMON STOCK | | None | J | T | | | | | |
| 34. WALT DISNEY CO COMMON STOCK | A | Dividend | J | T | PARTIAL SELL | 3/10 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ISHARES TR DOW JONES SELECT CLOSED END FD | A | Dividend | K | T | | | | | |
| 36. WESTERN BANK PUERTO RICO 1.6% MAT 1/31/2005 (CD) | | None | | | MATURED | 1/31 | | | |
| 37. WESTERN BANK PUERTO RICO 3.65% MAT 4/20/2006 | | None | M | T | BUY | 4/14 | M | | |
| 38. EAST-WEST BANK CA 3.8% MAT 2/16/2006 | | None | L | T | BUY | 11/07 | L | | |
| 39. NETBANK - GA 4.15% MAT 2/16/2006 | | None | L | T | BUY | 11/07 | L | | |
| 40. UTS-SPY MUTUAL FUND | | None | J | T | BUY | 7/01 | J | | |
| 41. MIRANT CORP COMMON STOCK (X) | | None | J | T | | | | | |
| 42. AFLAC INC COMMON STOCK (X) | | None | | | SELL | 1/31 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. SECTION VII - SINCE MY RETIREMENT ACCOUNTS ARE SELF DIRECTED IRA'S, I DID NOT LIST THEM IN AGGREGATE IN THE INVESTMENTS/ TRUST SECTION; BUT INSTEAD, THE INDIVIDUAL ASSSETS CONTAINED IN THE IRA'S (CASH EQUIVALTENTS AND STOCK) ARE INCLUDED IN THE INDIVIDUAL LISTINGS OF CASH EQUIVALENTS AND STOCKS IN THE INVESTMENT/TRUST SECTION.

2. SECTION VII, LINE 12 - I DONATED ▉ SHS OF DELPHI STOCK TO ST. LUKE METHODIST CHURCH, COLUMBUS, GA, IN FEBURARY 2005.

3. SECTION VII, LINE 27 - I DONATED ▉ SHS OF VISTEON COMMON STOCK TO ST. LUKE METHODIST CHURCH, COLUMBUS, GA, IN FEBRUARY 2005.

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date ____5/12/2006____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544